[No. 12340-5-III.    Division Three.    September 17, 1996.]

*In the Matter of the Marriage of* MAE ELLA SCARANO, *Respondent,* and FRANK B. SCARANO, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 89-3-02863-6, Peter Karademos, J. Pro Tem., entered March 5, 1992. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 13537-3-III.    Division Three.    September 17, 1996.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT EZRA LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-00673-5, F. James Gavin, J., entered September 2, 1993. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Thompson, JJ.

[No. 14594-8-III.    Division Three.    September 17, 1996.]

PAT RYAN, *Appellant,* v. ITRON, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-01518-9, Kathleen M. O'Connor, J., entered December 15, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.

[No. 14622-7-III.    Division Three.    September 17, 1996.]

KEITH HYLTON, *Appellant,* v. ZAK DESIGNS, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-05483-6, Kathleen M. O'Connor, J., entered December 30, 1994. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Munson and Thompson, JJ.